*ner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 74-332. STATE *v.* RONALD E. SPRAGUE. Motion of State to dismiss appeal of defendant is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 74-40. JOHN F. HRESCHAK *v.* BROWN & SHARPE MFG. Co. Motion of appellee to affirm the decree of the Workmen's Compensation Commission pursuant to Rule 16(g) is granted. *Thornton, Thornton & Naccarato, Inc., William B. Thornton,* for appellant. *Hinckley, Allen, Salisbury & Parsons, Thomas J. Hogan, Robert W. Lovegreen,* for appellee.

APPEAL No. 74-109. RHODE ISLAND STATE POLICE *v.* STEPHEN M. WILKINSON. Motion of State to affirm order and judgment of the Family Court pursuant to Rule 16(g) is denied. The parties are directed to discuss in oral argument, in addition to the other questions presented, the question of the applicability of R. I. Const. art. I, sec. 10, to this case. See *In re McCloud,* 110 R. I. 431, 432 n. 2, 293 A.2d 512, 513 n. 2 (1972). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Joseph DeCaporale,* Asst. Public Defender, for defendant.

APPEAL No. 74-245. NELSON CONSTRUCTION Co., INC. *v.* ROSE COTTAGE NURSING HOME, INC. Motion of plaintiff for a special assignment is denied. *Thomas W. Pearlman,* for plaintiff. *Moses Kando,* for defendant.

APPEAL No. 74-319. RENA M. DELPIVO *v.* JOSEPH JALBERT *et ux.* Motion of defendants to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Joseph E. Marran, Jr.,* for plaintiff. *J. Frederick Murphy,* for defendants.